# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 3/14/2022    Time: 1:30 p.m.

Defendant:  1)IGOR JAMES WEISBROT          J#: 90835-509    Case #:  21-CR-20405-MIDDLEBROOKS (SEALED)

AUSA: Roger Cruz                                    Attorney:

Violation:  CONSPIRACY TO COMMIT MAIL FRAUD AND WIRE FRAUD          Surr/Arrest Date: 3/14/2022    YOB: 1962

Proceeding:  Initial Appearance                    **CJA Appt:** Howard Schumacher

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

***Bond Set***          **$100,000 personal surety**          ***Co-signed by: Wife within 7 days***

| | |
|---|---|
| ☑ ***Surrender and/or do not obtain passports/travel docs*** | Language:  English |

☑ ***Report to PTS as directed*/or** _____ **x's a week/month by phone:** _____ **x's a week/month in person**

☑ ***Random urine testing by Pretrial Services*** _____
***Treatment as deemed necessary***

☑ ***Refrain from excessive use of alcohol***

☑ ***Participate in mental health assessment & treatment***

☑ ***Maintain or seek full-time employment***

☐ No contact with victims/witnesses, except through counsel

☑ ***No firearms***

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☑ ***Other: No telemarketing employment of sales of commodities,*****

Disposition:
The Government's Motion to Unseal is GRANTED.
Defendant consents to appear by VTC.
Defendant sworn – Howard Schumacher - **CJA CONTINUED APPOINTMENT** (17-6346-BSS)
The Court accepts the STIPULATED bond. **DEFENDANT RELEASED**
**stocks or bond.  Defendant allowed to continue his current employment.**
**Due Process Protections Act Order Issued (BRADY)**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:            Place:

Report RE Counsel:

PTD/Bond Hearing:

***Arraignment:***          ***3/28/22***    ***10:00***    ***Miami Duty***

Status Conference RE:

D.A.R. 13:37:58/14:02:33/14:11:54/14:29:22          Time in Court: 20

s/Lauren F. Louis                                    Magistrate Judge